UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
:
U.S. SECURITIES AND EXCHANGE         :   No. 1:11-CV-9201-RJS
COMMISSION,                          :
:
            Plaintiff,               :   **ORDER FOR ADMISSION**
:   **PRO HAC VICE**
    v.                               :
:
RICHARD F. SYRON, PATRICIA L. COOK and:
DONALD J. BISENIUS,                  :
:
            Defendants.              :
:
------------------------------------x

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 2/17/2012 |

Upon the motion of Andrew D. Hart, one of the attorneys for Defendant Richard Syron and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

>   Thomas C. Green
>   Sidley Austin LLP
>   1501 K Street N.W.
>   Washington, D.C. 20005
>   Tel: (202) 736-8000
>   Fax: (202) 736-8711
>   tcgreen@sidley.com

is admitted to practice pro hac vice as counsel for Defendant Richard Syron in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

SO ORDERED
Dated: 2/16/12

RICHARD J. SULLIVAN
U.S.D.J.