UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

-v-

RICHARD F. SYRON, *et al.*,

          Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2012
```

No. 11 Civ. 9201 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of three letters submitted by the parties subsequent to the August 20, 2012 oral argument on Defendants' motion to dismiss the government's Complaint. Defendants submitted a letter on September 25, 2012, bringing an opinion by Judge Keenan to the Court's attention. Plaintiff responded the following day with a letter highlighting opinions by Judge Adams in the Northern District of Ohio that it argues support its position. Today, Defendants submitted a letter responding to the points raised in Plaintiff's letter of September 26, 2012.

    Defendants' motion to dismiss was fully briefed as of July 2, 2012. Accordingly, it is inappropriate for any of the parties to submit letters that do anything more than refer the Court to new opinions. The Court will not consider newly raised arguments.

Dated:    October 4, 2012
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE